IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **THOMAS SCARBOROUGH**, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00092-TES |
| **UNITED STATES OF AMERICA et al.**, | * |
| Defendants. | * |
| | * |

# J U D G M E N T

Pursuant to this Court's Order dated August 30, 2024, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 30th day of August, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk